JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBIE MCKEOWN,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. **8:18-cv-01438-JLS-DFM**<br>(Orange County Superior Court Case No.: 30-2018-01004252)<br>Filed: July 10, 2018<br>Assigned for all purposes to:<br>Judge Josephine L. Staton and Magistrate Judge Douglas F. McCormick<br>Courtroom 10A and 6B<br><br>**ORDER REMANDING ACTION** |

///

///

///

///

///

///

///

///

///

///

///

///

Based on the written Stipulation of the Parties, **IT IS HEREBY ORDERED**:

1. The Parties Stipulation to Remand is Granted. The Court hereby REMANDS to the Orange County Superior Court all matters appearing under the caption above.

**IT IS SO ORDERED**.

Dated: July 31, 2019



_____
Hon. Josephine L. Staton
United States District Judge